# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CASEY SANFORD, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No. 20-cv-180-ACL |
| K&B TRANSPORTATION, INC. | ) **TRIAL BY JURY DEMANDED** |
| Defendant. | ) |

## DEFENDANT K&B TRANSPORTATION, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNTS III, IV, V, AND VI

COMES NOW Defendant K&B Transportation, Inc. ("Defendant K&B"), by and through undersigned counsel, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and moves this Court for Judgment in its favor on Counts III, IV, V, and VI of Plaintiff's Complaint. In support of its Motion, Defendant K&B submits herewith separate Suggestions in Support. Defendant K&B further moves for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

HEPLERBROOM LLC

By: */s/ Adam McGonigle*
MICHAEL REDA       # 33591MO
mreda@heplerbroom.com
ADAM MCGONIGLE     #66073MO
asm@heplerbroom.com
211 North Broadway, Suite 2700
St. Louis, MO 63102
314/241-6160
314/241-6116 – Facsimile
*Attorneys for Defendant K&B Transportation, Inc.*

## **CERTIFICATE OF SERVICE**

        I hereby certify that I electronically filed on this 2nd day of July, 2021, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas G. Wilmowski, Jr.
Schultz & Myers, LLC
999 Executive Parkway Driver, Suite 205
St. Louis, MO 63141
T: 314-444-444 / F: 314-720-0744
tom@schultzmyers.com
Attorney for plaintiff

                                                  */s/ Adam McGonigle*